**JOSEPIDNE SMALLS MILLER**
*ATTORNEY AT LAW*
152 Deer Hill Avenue, Suite 302
Danbury, CT 06810
(203) 512-2795

July 4, 2015

Jeffrey A. Meyer, District Judge
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

RE: Miller v. Bridgeport Sanction Payment

Dear Judge Meyer:
    This letter is sent to address the second monetary sanction in the amount of $ 500 that was levied against me in the matter of Miller v. Bridgeport Board of Education.
    Due to my current financial situation I am not able to make the payment of this amount at one time.  Three other sanctions in multiple cases have been levied and a fourth such recommendation has been made, all by federal court judges.  It is hoped that once I am paid for work performed, my financial position will improve.
    I request the permission for the payment to be made over a ten (10) month period of time at the rate of $50 per month. Should you require a financial affidavit to support your decision-making on this plan, I will produce one.

Sincerely,

Josephine S. Miller


CC: Betsey Ingraham